IN THE CIRCUIT COURT OF THE SIXTH
JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

STEVEN ABBEY,

    PLAINTIFF,

-vs-

TEXAS ROADHOUSE HOLDINGS, LLC,

    DEFENDANT.

_____/

## AMENDED COMPLAINT

COME NOW the Plaintiff, STEVEN ABBEY, by and through his undersigned attorneys, and sues Defendant, TEXAS ROADHOUSE, and alleges:

1.    This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2.    At all times material hereto, Plaintiff, STEVEN ABBEY, was a resident of Pasco County, Florida.

3.    At all times material hereto, the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, was authorized and doing business in Pasco County, Florida.

4.    At all times material hereto, Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, owned, operated and maintained a restaurant located in Pasco County, Florida, which was used as a restaurant for the purposes of providing hospitality services to the general public.

## COUNT I
## NEGLIGENCE

5.    On January 9, 2016, the Plaintiff, STEVEN ABBEY, went to the TEXAS ROADHOUSE and was a patron in the restaurant as a business invitee.



6. On the date and at the place aforesaid, the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, owed the Plaintiff, STEVEN ABBEY, a business invitee upon the premises, the duty to exercise reasonable care for the safety of Plaintiff, STEVEN ABBEY.

7. On the date of the incident, Texas Roadhouse, by and through its employees, servants, and/or agents could reasonably anticipate that its mode of operation for ensuring that the floor of the hospital was not left in a slippery and dangerous condition was not reasonable.

8. On the date and at the place aforesaid, the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, breached the duty owed to the Plaintiff, STEVEN ABBEY, by committing one or more of the following omissions or commissions:

    a. Negligently failed to maintain or adequately maintain the sidewalk in and around the restaurant by allowing a substance which appeared to be grease to remain on said sidewalk, for the safety of the Plaintiff, STEVEN ABBEY, as she walked across said sidewalk;

    b. Negligently failed to inspect or adequately inspect the sidewalks in and around the restaurant;

    c. Negligently failed to warn or adequately warn the Plaintiff, STEVEN ABBEY, of the danger of slipping on the substance which appeared to be grease when he walked on the sidewalk in and around the restaurant when the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, knew or should have known of said danger and that the Plaintiff, STEVEN ABBEY, was unaware of said danger; and

    d. Negligently failed to correct, or adequately correct the dangerous condition of the substance which appeared to be grease on the sidewalk in and around the restaurant when said dangerous condition was known to the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, or had existed for a sufficient length of time so that the Defendant should have known of it.

9. As a direct and proximate cause of the negligence of the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, as heretofore alleged, the Plaintiff, STEVEN ABBEY, slipped on the substance which appeared to be grease which had been permitted to remain on said floor, and when he fell he sustained injuries and damages as hereinafter alleged.

10. As a direct and proximate result of the negligence of the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, as heretofore alleged, the Plaintiff, STEVEN ABBEY, was injured in and about his body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff, STEVEN ABBEY, will sustain said loss in the future.

WHEREFORE, the Plaintiff, STEVEN ABBEY, demands judgment against the Defendant, TEXAS ROADHOUSE HOLDINGS, LLC, in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this 24 day of October, 2018.

_____
Paul Fulmer, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0125857
Attorney for Plaintiff(s)